**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10092 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-02195-RCC-DTF-1 |
| v. | ORDER* |
| FERNANDO NUNEZ-FLORES, AKA Alfonso Barrutia-Gonzalez, AKA Fernando Flores Nunez, AKA Fernando Nunez Flores, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief District Judge, Presiding

Submitted February 26, 2015**

Before: HUG, FARRIS, and CANBY, Circuit Judges.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2)

Appellee's Unopposed Motion to Vacate Sentence and Remand for Resentencing, filed February 4, 2015, is **GRANTED**. The filing of this order shall serve as the court's mandate.